IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| MICHAEL CHARLES PIERCE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 4:07-cv-01409-UWC-JEO |
| | ) | |
| SHERIFF JAMES HAYES and THE | ) | |
| ATTORNEY GENERAL OF THE | ) | |
| STATE OF ALABAMA, | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (doc. 14) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be denied and dismissed without prejudice as to the ineffective assistance of counsel claim and dismissed with prejudice as to the substantive challenge to the evidence presented at the revocation proceeding. An appropriate order will be entered.

Done the 6th day of February, 2008.

U.W. Clemon
United States District Judge